# UNITED STATES BANKRUPTCY COURT
### Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Justin Weeks                                                                                           Bankruptcy Case No.: 8–13–74235–dte

Robert Fiorito

                                              Plaintiff(s),

–against–                                                                                           Adversary Proceeding No. 8–13–08164–dte

Justin Weeks

                                              Defendant(s)

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
|---|
| **United States Bankruptcy Court** |
| **290 Federal Plaza, P.O. Box 9013** |
| **Central Islip, NY 11722–9013** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Larry Rosenfeld** |
| **Seidner Rosenfeld & Guttentag** |
| **403 Deer Park Avenue** |
| **Babylon, NY 11702** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| **Location:** <br> **United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza – Room 760, Central Islip, NY 11722–9013** | **Date and Time:** <br> **November 14, 2013 at 02:00 PM** |
|---|---|

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: October 10, 2013                                              Robert A. Gavin, Jr., Clerk of the Court

**Summons** [Summons and Notice of Pretrial Conf. rev. 03/16/2009]