UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP

------------------------------------X
In re:                                      Chapter 7
                                            Case #: 8-13-74235-dte
JUSTIN WEEKS

                Debtor.
------------------------------------X
ROBERT FIORITO,
                                            Adv. Pro #: 8-13-08164-dte
                Plaintiff,

        -against-

JUSTIN WEEKS,

                Defendant.
------------------------------------X

### NOTICE OF SETTLEMENT OF ORDER

**PLEASE TAKE NOTICE**, that an Order for default judgment pursuant to Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 7055 (the "Order"), a true copy of which is annexed hereto, will be presented for signature on February 4th, 2014, at 12:00 noon, to the Honorable Dorothy T. Eisenberg, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York at Central Islip, 290 Federal Plaza, Central Islip, New York 11722

-1-

**PLEASE TAKE FURTHER NOTICE**, that objections to the Order, if any, must be (1) electronically filed with the Bankruptcy Court; (II) delivered to Judge Eisenberg's Chambers; and (III) served upon SEIDNER, ROSENFELD & GUTTENTAG, LLP., Attn: Larry Rosenfeld, Esq., no later than January 31st, 2014 at 12:00 noon at 403 Deer Park Avenue, Babylon, New York 11702, or the Court may enter the Order without further notice or hearing.

Dated:   Central Islip, New York
         January 27th, 2014

                                    SEIDNER, ROSENFELD & GUTTENTAG, LLP.
                                    Attorneys for plaintiff

                By: _____
                     LARRY ROSENFELD
                     A member of the firm
                     403 Deer Park Avenue
                     Babylon, New York 11702
                     (631) 661-5000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP

-----------------------------------X
In re:                                          Chapter 7
                                                Case #: 8-13-74235-dte
JUSTIN WEEKS

            Debtor.

-----------------------------------X
ROBERT FIORITO,
                                                Adv. Pro #: 8-13-08164-dte
           Plaintiff,

  -against-

JUSTIN WEEKS,

           Defendant.

-----------------------------------X

### ORDER FOR DEFAULT JUDGMENT
### AGAINST DEFENDANT JUSTIN WEEKS

Upon the motion, dated September 3rd, 2013 (the "Motion"), of Larry Rosenfeld, Esq., the attorney for plaintiff, Robert Fiorito, having appeared by his counsel, Larry Rosenfeld, Esq. of Seidner, Rosenfeld & Guttentag, LLP., at the hearing, dated November 14th, 2013 (the "Hearing"), seeking default judgment against the defendant, Justin Weeks (the "Defendant"); and upon the failure of Defendant to respond to the Complaint, answer the complaint or to appear at the Hearing; and Plaintiff being entitled to judgment against Defendant; and a Default

having been noted by this Court (see attached) and Entered on November 14th, 2013 and Defendant is neither an infant nor incompetent of a member of the military; and further notice being neither necessary nor required; and Robert Fiorito, the plaintiff, having commenced this adversary proceeding seeking judgment against the Defendant deeming his claim as more particularly set forth in the Plaintiff's complaint dated September 18th, 2013 to be nondischargeable under 11 U.S.C.§523(a)(6) and the plaintiff caused proper service of the summons and complaint to be made upon the Debtor (pro śe), and the Debtor has defaulted in answering Plaintiff's Complaint and the default was noted on the record, and the Court has read the Plaintiff's affirmation dated September 18th, 2013 and it is satisfied that a prim a facie showing has been made that the debtor willfully and maliciously injured the plaintiff; and it is further

**ORDERED**, that Plaintiff's judgment of February 8th, 2012 and entered February 16th, 2012 in the Supreme Court of the State of New York, County of Suffolk (Index Number: 17655/10) of $54,978.18 plus interest and costs is deemed to be nondischargeable under 11 U.S.C.§523(a)(6) and it is further

**ORDERED**, that judgment is granted in Plaintiff's favor, with an address at Seidner, Rosenfeld & Guttentag, LLP., 403 Deer Park Avenue, Babylon, New York 11702, and against Defendant, with an address at 569 Everdell Avenue, West Islip, New York 11795, in the amount of $54,978.18, plus interest from February 8th, 2012, the date of the original judgment, in the Supreme Court, County of Suffolk, State of New York, and it is further

**ORDERED**, that Plaintiff has execution thereon; and it is further

**ORDERED**, that Plaintiff has all of the rights and remedies afforded to a judgment creditor by law; and it is further

**ORDERED**, that Plaintiff may enforce this judgment against Defendant, as allowed by applicable law.

Dated:   Central Islip, New York

                                      DOROTHY E. EISENBERG
                                      U.S. Bankruptcy Judge

# U.S. Bankruptcy Court
## Eastern District of New York (Central Islip)
## Adversary Proceeding #: 8-13-08164-dte

*Assigned to:* Dorothy Eisenberg
*Lead BK Case:* 13-74235
*Lead BK Title:* Justin Weeks
*Lead BK Chapter:* 7
*Demand:* $54000

*Date Filed:* 10/10/13

*Nature[s] of Suit:* 68 Dischargeability - 523(a)(6), willful and malicious injury

## Plaintiff

**Robert Fiorito**

represented by **Larry Rosenfeld**
Seidner Rosenfeld & Guttentag
403 Deer Park Avenue
Babylon, NY 11702
631-661-5000
Email: Lawyerlarr@aol.ocm
*LEAD ATTORNEY*

V.

## Defendant

**Justin Weeks**
569 Everdell Avenue
West Islip, NY 11795
SSN / ITIN: xxx-xx-7676

represented by **Justin Weeks**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 11/14/2013 | | Hearing Held; Appearance by Larry Rosenfeld(related document(s): 1 Complaint filed by Robert Fiorito) DEFAULT NOTED; MOTION TO BE FILED. (cmoffett) (Entered: 11/14/2013) |
| 11/08/2013 | 4 (9 pgs) | Summons Served on Justin Weeks 11/7/2013 and these additional parties: Trustee Robert L. Pryor . (dnb) (Entered: 11/08/2013) |

| Date | Doc # | Description |
|---|---|---|
| 10/10/2013 | | Receipt of Adversary Filing Fee - $293.00. Receipt Number 00241661. (SW) (admin) (Entered: 10/10/2013) |
| 10/10/2013 | 3 (3 pgs) | Standing Pre-Trial Conference Order and Instructions. Signed on 10/10/2013 Preliminary Pre-Conference Statement due by 11/7/2013. (ssw) (Entered: 10/10/2013) |
| 10/10/2013 | 2 (1 pg) | Summons and Notice of Pre-Trial Conference issued by Clerk's Office against Justin Weeks Answer Due: 11/12/2013. Pre-Trial Conference set for 11/14/2013 at 02:00 PM at Courtroom 760 (Judge Eisenberg), CI, NY. (ssw) (Entered: 10/10/2013) |
| 10/10/2013 | 1 (14 pgs; 2 docs) | Adversary case 8-13-08164. Complaint by Robert Fiorito against Justin Weeks. Fee Amount $293. Nature(s) of Suit: (68 (Dischargeability - 523(a)(6), willful and malicious injury)). (Attachments: # 1 Adversary Cover Sheet) (ssw) (Entered: 10/10/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/09/2013 12:07:27 | | | |
| PACER Login: | sr1595 | Client Code: | 1 |
| Description: | Docket Report | Search Criteria: | 8-13-08164-dte Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 1 | Cost: | 0.10 |